IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 10-0009-CG-N |
| CITY OF MOBILE, ALABAMA, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants, the City of Mobile, Alabama, Mayor Sam Jones in his official capacity, Police Officer Michael P. Ellzey, Police Officer Jonathan David Lee, and against plaintiff, Orlando Bethel. Therefore, plaintiff's claims against the aforementioned defendants and any un-named police officers are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 5th day of April, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE